IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Cooke,<br>   Petitioner,<br>v.<br>United States of America,<br>   Respondent. | No. CV 16-8134-PCT-DGC<br><br>**ORDER** |

Having reviewed the Joint Notice of Death and Motion to Dismiss Case as Moot. Doc. 35.

**IT IS ORDERED** that the motion (Doc. 35) is **granted**. The pending Second Amended Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 and all pending motions are denied as moot, and this case is dismissed as moot. The Clerk of the Court is directed to enter judgment accordingly.

Dated this 6th day of February, 2018.

_____
David G. Campbell
United States District Judge